UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee, etc., Respondent, *v.* ZILLAH T. WENZELL et al., Appellants, and AMBROSE DAY, Respondent, Impleaded with Others.

Argued October 1, 1940; decided November 19, 1940.

*Alexander S. Andrews* for appellants.

*T. Sherman Class* for defendant, respondent.

*Robert L. Redfield* for plaintiff, respondent.

Judgment affirmed, with costs to defendant-respondent; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, SEARS and LEWIS, JJ. Dissenting: RIPPEY and CONWAY, JJ.